**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 MMM PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | **Karma Onika Buchnor-Clarke** | JOINT DEBTOR: **Ramon Oneil Clarke** | CASE NO.: |
| Last Four Digits of SS# | **xxx-xx-3534** | Last Four Digits of SS# **xxx-xx-1041** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A. $ **2,115.32** for months **1** to **60** ;
  B. $ _____ for months ____ to ____ ;
  C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **6,000.00**   TOTAL PAID $ **1,500.00**
  Balance Due  $ **4,500.00** payable $ **132.35** /month   (Months **1** to **34** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Santander Consumer Usa**   Arrearage on Petition Date  $ **0.00**
   Address: **Po Box 961245; Fort Worth, TX 76161**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: **#2178**    Regular Payment $ **339.27** /month (Months **1** to **60** )

2. **Santander Consumer Usa**   Arrearage on Petition Date  $ **0.00**
   Address: **Po Box 961245; Fort Worth, TX 76161**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: **#2865**    Regular Payment $ **129.01** /month (Months **1** to **60** )

3. **Select Portfolio Svcin**   Arrearage on Petition Date  $ **MMM**
   Address: **Po Box 65250; Salt Lake City, UT 84165**
   Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: **#1924**    Regular MMM Payment $ **1,303.16** /month (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
 **-NONE-**   Total Due  $ _____
   Payable  $ _____ /month   (Months ___ to ___ )   Regular Payment $ _____

Unsecured Creditors:  Pay $ **132.35** /month (Months **35** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**
**Assumed Contracts and/or Leases**
**-NONE-**

LF-31 (rev. 01/08/10)

1. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

2. "The debtor has filed a Verified Motion for Referral to MMM with Select Portfolio Servicing ("Lender"), loan number 1924, for real property located at 20608 NW 12 Ave, Miami Gardens, FL 33169; Folio #34-1135-031-0210. The parties shall timely comply with all requirements of the Order of Referral to MMM and all Administrative Orders/Local Rules regarding MMM. While the MMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, absent Court order to the contrary, the debtor has included a post-petition monthly plan payment (a) with respect to the debtor's homestead, of no less than the lower of the prepetition monthly contractual mortgage payment or 31% of the debtor's gross monthly income (after deducting any amount paid toward HOA fees due for the property) and (b) with respect to income producing property, of no less than 75% of the gross income generated by such property, as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.

    Until the MMM is completed and the Final Report of Mortgage Modification Mediator is filed, any objection to the lender's proof of claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the proof of claim only. The debtor shall assert any and all other objections to the proof of claim prior to confirmation of the plan or modified plan.

    If the debtor, co-obligor/co-borrower or other third party (if applicable) and the lender agree to a settlement as a result of the pending MMM, the debtor will file the MMM Local Form "Ex Parte Motion to Approve Mortgage Modification Agreement with Lender" (or Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender) no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the debtor shall immediately amend or modify the plan to reflect the settlement and the lender shall amend its Proof of Claim to reflect the settlement, as applicable.

    If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement.

    In the event the debtor receives any financial benefit from the lender as part of any agreement, the debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.
    If the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

    Confirmation of the plan will be without prejudice to the assertion of any rights the lender has to address payment of its Proof of Claim."

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Karma Onika Buchnor-Clarke

**Karma Onika Buchnor-Clarke**

Debtor

Date:  8/28/2017

/s/Ramon Oneil Clarke

**Ramon Oneil Clarke**

Joint Debtor

Date:  8/28/2017

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct cop 28th day of August 2017.

**//s/Craig L. Feldman**

Craig L. Feldman

300 S. Pine Island Road, #245

Plantation, FL  33324

(954) 888-1739

Alltran Education Inc
840 S Frontage Rd
Woodridge, IL 60517


Ars Account Resolution
1801 Nw 66th Ave
Fort Lauderdale, FL 33313


Asset Recovery Solutions, LLC
2200E Devon Ave
Suite 200
Des Plaines, IL 60018-4501


Cach Llc
C/o Resurgent Capital Services
Greenville, SC 29603


Caliber Home Loans, In
Po Box 24610
Oklahoma City, OK 73124


Cbe Group
1309 Technology Pkwy
Cedar Falls, IA 50613


Chase Card
Po Box 15298
Wilmington, DE 19850


Convergent Outsourcing Inc
800 SW 39th Street
Renton, WA 98057


Credit Collection Serv
Po Box 710
Norwood, MA 02062


Directv
P.O. Box 5007
Carol Stream, IL 60197-5007


Diversified Consultants, Inc
P.O. Box 551268
Jacksonville, FL 32255-1268

```
Dsnb Macys
Po Box 8218
Mason, OH 45040


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Gm Financial
Po Box 181145
Arlington, TX 76096


Merrick Bank Corp
Pob 9201
Old Bethpage, NY 11804


Midland Credit Management Inc
P.O. Box 60578
Los Angeles, CA 90060-0578


Midland Credit Management, Inc
2365 Northside Drive
Suite 300
San Diego, CA 92108


N.A.R.
1600 West 2200 South
Suite 410
Salt Lake City, UT 84119


Nationwide Recovery Sv
Pob 8005
Cleveland, TN 37320


Off Of Stu Fin Assista
325 W Gaines St Ste 1314
Tallahassee, FL 32399


Office of Student Financial Assist
P.O. Box 865435
Orlando, FL 32886-5435


Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502
```

```
Robertson, Anschutz & Schneid
6409 Congress Ave
Suite 100
Boca Raton, FL 33487


Santander Consumer Usa
Po Box 961245
Fort Worth, TX 76161


Select Portfolio Svcin
Po Box 65250
Salt Lake City, UT 84165


Syncb/rooms To Go
Po Box 965036
Orlando, FL 32896
```