**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 2nd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Karma Onika Buchnor-Clarke   JOINT DEBTOR: Ramon Oneil Clarke   CASE NO.: 17-20879-RAM

SS#: xxx-xx-3534   SS#: xxx-xx-1041

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,926.52 for months 1 to 6 ;
2. $2,005.00 for months 7 to 8 ;
3. $3,470.00 for months 9 to 13 ;
4. $3,266.00 for months 14 to 14 ;
5. $3,345.00 for months 15 to 24 ;
6. $3,799.00 for months 25 to 29 ;
7. $3,575.00 for months 30 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $6000.00 | Total Paid: | $1500.00 | Balance Due: | $4500.00 |
|---|---|---|---|---|---|
| Payable | $125.00 | /month (Months | 1 to 40 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 Attorney Fees; $2500 MMM Fees; $500 Motion to Modify Confirmed Plan

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: U.S. Bank, N.A. as Trustee of the Igloo Series IV Trust c/o SN Servicing Corp as Servicer

| Field | Value | |
|---|---|---|
| Address: | 323 5th Street, Eureka, CA 95501 | |
| Arrearage/ Payoff on Petition Date | $39,930.30 | |
| Regular Payment (Maintain) | $1,303.16 | /month (Months 1 to 8) |
| Regular Payment (Maintain) | $1,777.88 | /month (Months 9 to 14) |
| Regular Payment (Maintain) | $1,926.60 | /month (Months 15 to 24) |
| Regular Payment (Maintain) | $2,335.24 | /month (Months 25 to 29) |
| Regular Payment (Maintain) | $2,011.11 | /month (Months 30 to 60) |
| Arrears Payment (Cure) | $0.00 | /month (Months 1 to 8) |
| Arrears Payment (Cure) | $767.89 | /month (Months 9 to 59) |
| Arrears Payment (Cure) | $767.91 | /month (Months 60 to 60) |

Last 4 Digits of Account No.: 1924

Other: _____

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
20608 NW 12th Ave, Miami Gardens, FL  33169

☐ Personal Property/Vehicle
Description of Collateral: _____

---

**2. Creditor:** Santander Consumer USA

Address: P.O. Box 560284, Dallas, TX  75356

| Field | Value | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | | |
| Payoff (Including 5.25% monthly interest) | $122.02 | /month (Months 1 to 60) |

Last 4 Digits of Account No.: 2178

Other: _____

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle
Description of Collateral: 2009 Nissan Frontier Cre

---

**3. Creditor:** U.S. Bank, N.A. as Trustee of the Igloo Series IV Trust c/o SN Servicing Corp as Servicer

Address: 323 5th Street, Eureka, CA 95501

| Field | Value | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $3,794.66 | |
| Arrears Payment (Cure) | $0.00 | /month (Months 1 to 29) |
| Arrears Payment (Cure) | $122.41 | /month (Months 30 to 59) |
| Arrears Payment (Cure) | $122.36 | /month (Months 60 to 60) |

Last 4 Digits of Account No.: 1924

Other: _____

■ Real Property                                   Check one below for Real Property:
   ■ Principal Residence                    ■ Escrow is included in the regular payments
   ☐ Other Real Property                     ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
20608 NW 12th Ave, Miami Gardens, FL  33169

☐ Personal Property/Vehicle
Description of Collateral:

   B. **VALUATION OF COLLATERAL:**    ■ NONE

   C. **LIEN AVOIDANCE**    ■ NONE

   D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

     ☐ NONE

     ■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

     ☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Santander Consumer USA | 2865 | 2009 Hyundai Veracruz V-6 |

   E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

     ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:**    ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:**   ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay   $0.00     /month (Months  1  to  6  )
       Pay   $70.63    /month (Months  7  to  8  )
       Pay   $146.52   /month (Months  9  to  13 )
       Pay   $146.61   /month (Months  14 to  14 )
       Pay   $68.99    /month (Months  15 to  24 )
       Pay   $68.95    /month (Months  25 to  29 )
       Pay   $69.07    /month (Months  30 to  40 )
       Pay   $194.07   /month (Months  41 to  59 )
       Pay   $194.10   /month (Months  60 to  60 )

     Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:**   ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

Debtor(s): Karma Onika Buchnor-Clarke, Ramon On    Case number: 17-20879-RAM

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
- ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE
- ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE
- ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.
  1. Debtor was unsuccessful with Mortgage Mediation. $3794.66 is Post Petition Arrears.
  2. Debtor is surrendering the 2009 Hyundai Veracruz V-6 in month 14. [Claim of Santander Consumer USA #2865]
- ☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Karma Onika Buchnor-Clarke    Debtor    2/3/2020
Karma Onika Buchnor-Clarke              Date

/s/Ramon Oneil Clarke    Joint Debtor    2/3/2020
Ramon Oneil Clarke                      Date

/s/Craig Feldman    2/3/2020
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**