

**ORDERED in the Southern District of Florida on March 18, 2020.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

```
             UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov
```

IN RE:                                          CASE NO. 17-20879-BKC-RAM
KARMA ONIKA BUCHNOR-CLARKE
RAMON ONEIL CLARKE,
          DEBTOR(S).
_____/

### ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #128)

THIS CASE came on to be heard on March 10, 2020, for the Debtor's Motion to Modify Plan (ECF #128), and based on the record, it is

ORDERED as follows:

1.  The Debtor's Motion (ECF #128) is denied without prejudice as a new modified plan was not filed by the deadline given of Friday, March 13, 2020.

### 

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

CRAIG L. FELDMAN, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.